UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 MAY -2 P 1: 05

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA, )
 )
    Plaintiff, )
 )
v. ) CR NO. 104-017
 )
JENNIFER G. HODGES, )
 )
    Defendant, )
 )
QUEBECOR WORLD KRI, INC., )
 )
    Garnishee Defendant. )

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, The United States of America, the judgment defendant, Jennifer G. Hodges, and the garnishee defendant, Quebecor World KRI, Inc., agree and stipulate as follow:

1. The judgment defendant's name is Jennifer G. Hodges, Social Security No. XXX-XX-4279 and her last known address is 2826 Ferret Court, Martinez, Georgia 30907.

2. On April 2, 2007, a Writ of Continuing Garnishment was sent to the garnishee defendant by certified mail and copy was sent to the judgment defendant on April 16, 2007 by first-class mail.

3. The judgment defendant, Jennifer G. Hodges, agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

4. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, Jennifer G. Hodges. It is expressly agreed and stipulated to by the parties that the garnishee defendant, Quebecor World KRI, Inc., shall pay into the hands of the Clerk, United States District Court, the **lesser** of:

1. $50.00 per pay period from judgment defendant's disposable earnings for a period of 36 Months, beginning April 30, 2007.

2. Twenty-five percent (25%) of judgment defendant's disposable earnings; or

3. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. §1673(a).

To calculate disposable earnings, subtract the following from wages, commissions, and income:

1. Federal Income Tax
2. Federal Social Security Tax
3. GEORGIA Adjusted Gross Income Tax
4. County Option Tax (if any).

5. The parties further agree and stipulate that these sums are paid up through April 30, 2010, at which time the judgment defendant's financial status will be reviewed and the garnishee defendant will be notified of the increased amount to pay to the United States District Court Clerk's Office. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to the Clerk, United States District Court and mailed to the Office of the Clerk, U.S. District Court, P.O. Box 8286, Savannah, Georgia 31412.

Respectfully submitted,

EDMUND A. BOOTH, JR.
ACTING UNITED STATES ATTORNEY

_/s/ Ruth H. Young_
Ruth H. Young
Assistant United States Attorney
Georgia Bar No. 198489

_/s/ Jennifer G. Hodges_
Jennifer G. Hodges
Judgment Defendant

_/s/_
For Quebecor World KRI, Inc.
Garnishee

**APPROVED AND SO ORDERED** this 2nd day of May, 2007.

_/s/ Dudley H. Bowen, Jr._
HONORABLE DUDLEY H. BOWEN, JR
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA    *

        vs.    *    CASE NO. CR104-017

JENNIFER G. HODGES, Deft.    *

QUEBECOR WORLD, Garnishee    *

                               *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as order_____ dated 5/2/07_____, which is part of the official records of this case.

Date of Mailing:    5/2/07
Date of Certificate:    5/2/07

SCOTT L. POFF, CLERK

By: _____

NAME:
1. Jennifer G. Hodges
2. Quebecor World, Garnishee
3. _____
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds